# EXHIBIT 3

WELLS FARGO

**Wells Fargo & Company**
wellsfargo.com

January 04, 2022

Kyra Sherman
1 North Howard Ave
Apt 11
North Providence, RI 02911
Bueno.kyra@gmail.com

Subject: Offer of Employment

Dear Kyra,

Congratulations! I am pleased to extend you an offer of employment for the Digital Consultant 5 RWF position with Wells Fargo Bank, N. A. reporting to Nicole Noto. Your start date is January 18, 2022 at 100 Westminster St, Providence, RI.

At Wells Fargo, you will have the opportunity to develop your career and take advantage of programs and resources that will help you realize your full personal, financial, and professional potential as we work together to serve our customers and our communities.

To protect the health and safety of our employees and customers, Wells Fargo requires all U.S. employees to provide proof of their vaccination status. Employees who are not fully vaccinated must undergo regular testing beginning January 2022.

The below actions are required when reporting to a Wells Fargo physical location for your first day of employment:

- If you are unvaccinated against COVID-19, you are required to test within 4 to 7 days prior to your start date to ensure you obtain your test result prior to your first day.
    - Order your COVID-19 test kit, visit wf.everlywell.com and enter 108111 as your organization invitation code.
    - When asked for your employee ID please enter 111, followed by the 2-digit month and 2-digit day of your date of birth, followed by the last 4 digits of your Social Security Number. For Example 111MMDDXXXX.
- If your test is positive, do not report to work and contact your direct manager immediately.
- If your test is negative, you'll also need to attest on your first day of employment to your unvaccinated status and acknowledge you have a weekly testing requirement.
- If you are fully vaccinated, please bring proof in the form of your CDC vaccination card. You'll be required to attest to your vaccination status and upload documentation as proof of status on your first day.

**BACKGROUND CHECK**

This offer is contingent upon successful completion of a background investigation as described in the Conditions of Employment at Wells Fargo section of this letter. Your start date may change depending upon the time it takes to complete this process.

**COMPENSATION**

As we discussed, your annual salary rate will be $155,000.00. You will receive your base salary every two weeks, on the Friday following the end of each two-week pay period. Your base salary compensates you for all hours worked in any given week.

You will be eligible for annual variable compensation under the Wells Fargo Bonus Plan (the "Bonus Plan") based on the successful completion of performance objectives and the terms and conditions of the

Digitally signed by Cisive to verify document integrity


Bonus Plan. For your first year of eligibility under the Bonus Plan, your total variable compensation opportunity will be $35,000.00. You will play a part in setting the applicable performance objectives once you start.

Variable compensation under the Bonus plan is discretionary in nature and may be prorated based on the transfer or hire date of participating employees, in accordance with the terms of the applicable Bonus Plan. Variable compensation may be paid in a combination of short-term cash and long-term awards (in the form of cash or equity), at the discretion of the Human Resources Committee/Plan Administrator (as defined in the Bonus Plan), and as required by applicable law, regulation or guidance. Cash incentives awarded under the Bonus Plan are generally paid in February after completion of the performance year in accordance with the terms and conditions of the plan. Equity awards and long-term cash awards are subject to the terms and conditions of the Company's long-term equity incentive plan and long-term cash incentive plan, respectively

**CORPORATE BENEFITS**

Wells Fargo provides a comprehensive benefits package to help employees maintain their overall health and wellness and to achieve financial security. If you begin work on January 18, 2022, your benefits coverage will take effect the first of the month following the completion of one full calendar month of employment, which will be March 1, 2022. We'll provide you with more detailed information soon. If you haven't received your benefits materials by the end of your first work week, call the Wells Fargo's dedicated support center for employees, at 1-877-HRWELLS (1-877-479-3557, option 2) to order a benefits enrollment kit. You must enroll by February 14, 2022. If you don't enroll during your initial benefits enrollment period, your next annual enrollment opportunity will be for benefits effective January 1, 2023.

**POLICY AND EXPECTATIONS**

Some positions at Wells Fargo are identified as sensitive positions. This requires an employee in one of these positions to complete a two week or 10 consecutive working days required absence from the position responsibilities each calendar year to meet regulatory requirements. Please confirm with the hiring manager whether or not the position you are being offered is a sensitive position subject to this requirement and how it may impact you.

You'll quickly discover that what we do is meaningful, and the importance of what we do brings tremendous responsibility. We must work every day with the highest standards of integrity and operational excellence in order to deliver what's expected of us by our many stakeholders. As a financial services institution, we are entrusted with confidential information and the resources of our customers — a trust we take very seriously. We also have a responsibility as an employer to share with you some basic conditions of employment at Wells Fargo — you'll find these at the bottom of this letter; please read them carefully.

**NEXT STEPS**

Once again, I'd like to warmly welcome you to Wells Fargo! Once you have completed your review of the offer letter and Conditions of Employment, as an indication of your acceptance of our offer, please sign the last page of this document. Your response is requested by January 6, 2022.

When you start work, you will receive access to the Handbook for Wells Fargo Employees, tax forms, and additional paperwork necessary to welcome you to the Wells Fargo team. On your first day, please be sure to bring acceptable documents for establishing your employment eligibility as outlined in the Conditions of Employment at the end of this letter. You will need these documents in order to complete your new hire paperwork.

If you have any questions, please contact me. We look forward to having you join us!

Sincerely,

Shane Sangster
US EXT Consultant
Wells Fargo Bank, N. A.

F2401-02B
1 HOME CAMPUS
DES MOINES, IA 50328-0001

Shane.Sangster@wellsfargo.com

**Conditions of Employment at Wells Fargo**

The offer letter, including these Conditions of Employment, the Trade Secrets Agreement, and the Arbitration Agreement, constitutes the entire agreement between you and Wells Fargo. No other guarantees or promises of any kind have been made concerning the terms of your employment. Only an officer of Wells Fargo, at the level of executive vice president or higher, who is authorized by the senior Human Resources manager for your region or line of business may change or modify these terms.

Your employment with Wells Fargo has no specified term or length. Both you and Wells Fargo have the right to terminate your employment at any time, with or without advance notice and with or without cause. This is called "employment at will."

This offer is contingent upon your ability to provide, on or before the first day of employment, documentation that verifies your identification and eligibility to work in the United States, as outlined by the Immigration Reform and Control Act of 1986. As a result of federal legislation, and because Wells Fargo is a federal contractor, this offer is also contingent upon your ability to successfully pass the federal E-Verify system check within the requisite period of time permitted by the E-Verify rules. Further, it does not include an offer by Wells Fargo for visa sponsorship.

As part of the process to verify your identity and eligibility to work in the United States, you should take the following steps to be prepared on your first day of employment:

1. Access the electronic Form I-9, Employment Eligibility Verification, using the Cisive system.

2. Follow the instructions for completing section 1 of Form I-9.

3. Determine which acceptable document(s) you will provide on your first day of employment to verify your identity and eligibility to work in the United States. The lists of acceptable documents are on Form I-9. Verify that the documents meet the unexpired date(s) requirement under Form I-9 rules.

4. Bring the original document(s) (including a picture ID for E-Verify identification purposes) on your first day and each day thereafter until your manager (or manager's designee) completes the review and verification process.

Additionally, all new hires and rehires are required to complete an Employee Acknowledgment. The form outlines your responsibilities to adhere to the provisions set forth in the *Wells Fargo Employee Handbook*, Code of Ethics and Business Conduct, Risk Management Accountability Policy, Information Security Policy overview and the Electronic Human Resources systems authorization. The Code of Ethics policies include restrictions on Personal Conflict of Interest activities, including certain outside activities and a prohibition from engaging in derivative and hedging transactions involving Wells Fargo securities. If you need more information about the policies to understand the impact of these restrictions, please discuss with the hiring manager before accepting this offer.

Section 19 of the Federal Deposit Insurance Act prohibits Wells Fargo from hiring any person who has been convicted of a criminal act involving dishonesty, breach of trust, or money laundering (including distribution, manufacturing, or trafficking in controlled substances), unless the person has received prior written consent from the FDIC or the offense meets the FDIC's *de minimis* criteria. Under Section 19, disqualifying criminal records include convictions that have not otherwise been completely expunged as well as entry into pre-trial diversion or similar programs with respect to such crimes. Information regarding Section 19 as well as the FDIC waiver process can be found on the FDIC's website (https://www.fdic.gov/regulations/laws/FORMS/section19.html). All employees must also meet Wells Fargo's fidelity bond requirements. Therefore, this offer is contingent on the results of your background investigation (both domestic and international, if applicable) which includes fingerprinting, required regulatory reviews and any ongoing screening for continued employment.

**Please note that due to the COVID-19 pandemic, Wells Fargo may need to temporarily suspend its fingerprint program and conduct name-based background checks in the interim. If you are not fingerprinted as part of your pre-hire background check, you will be required to submit a**

**post-hire fingerprint-based background rescreen upon Wells Fargo's request. By accepting this offer, you acknowledge that your eligibility for continued employment with Wells Fargo may be impacted by the results of the fingerprint rescreen and that any failure to cooperate with the fingerprinting process may result in the termination of your employment.**

To protect Wells Fargo's intellectual property and human capital, all new hires are required to complete a corporate Trade Secrets Agreement. The Trade Secrets Agreement contains an agreement not to disclose Wells Fargo trade secrets and confidential and proprietary information, an agreement for non-solicitation, and assignment of inventions to Wells Fargo if the inventions were made or conceived while you were employed by Wells Fargo.

In addition, when employment disputes cannot be resolved internally, it is helpful to do so through private arbitration instead of court. All new hires are required to complete an Arbitration Agreement in which you and Wells Fargo mutually agree to final and binding arbitration of your employment disputes when they cannot be resolved internally.

By signing and submitting this offer letter, you accept and agree to all terms and conditions of this offer of employment.

Accepted and agreed to by:

____________________________
Signature for Kyra Sherman

_______
Date

By signing and submitting this offer letter, you accept and agree to all terms and conditions of this offer of employment.

Accepted and agreed to by:

01/04/2022 01:42:22 PM

Signature for Candidate Kyra Sherman

Date